UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD RAYSOR,<br><br>          Plaintiff,<br><br>vs.<br><br>SECOND ROUND SUB, LLC,<br><br>          Defendant. | Civil Action No.: 16-cv-957-JPO |

## DEFENDANT, SECOND ROUND SUB, LLC's
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Second Round Sub, LLC, by and through its counsel, Maurice Wutscher, LLP, hereby submits its Corporate Disclosure Statement and states as follows:

The non-governmental corporate party, SECOND ROUND SUB, LLC in the above listed civil action has no parent corporation(s) and/or publicly held corporation that own 10% or more of its stock:

                                                                                                               Respectfully submitted,

                                                                                                               **MAURICE WUTSCHER, LLP**

                                                                                                                *s/ Thomas Dominczyk*
                                                                                                                Thomas Dominczyk, Esq.
                                                                                                                Maurice Wutscher, LLP
                                                                                                                Attorneys for Defendant
                                                                                                                Second Round Sub, LLC
                                                                                                                5 WALTER E. FORAN BLVD., STE 2007
                                                                                                                FLEMINGTON, NJ 08822
                                                                                                                908 237 4550
                                                                                                                tdominczyk@mauricewutscher.com

Date: March 11, 2016

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the foregoing Corporate Disclosure Statement was served on this date via the electronic filing system and regular mail, postage-prepaid, addressed to the following:

Novlette Kidd, Esq.
FAGENSON & PUGLISI
450 Seventh Avenue, Ste 704
New York, New York 10123

/s/ *Thomas R. Dominczyk*
_____
Thomas R. Dominczyk

Dated:  March 11, 2016